CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
7/27/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 5:20mj00030 | Date and time warrant executed: 07/13/2020 1:59 PM | Copy of warrant and inventory left with: Apple, Inc. |
|---|---|---|

Inventory made in the presence of: Cindy Yang, HSI SA

Inventory of the property taken and name(s) of any person(s) seized:

① Two excel spreadsheets containing apple icloud related information pertaining to the wloungebar@gmail.com and/or IMEI 356767085318830.

② An electronic folder containing account information, bookmarks, calendars, and logs.

③ A PDF Business Record Certification.

ALL RECEIVED 07/20/2020

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/27/2020

*Executing officer's signature*

TAMI J KETCHAM, HSI SA
*Printed name and title*

Received in chambers by reliable electronic means on July 27, 2020.

USMJ